# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **GLENN SPEARING MATTHEWS,** | : | |
| **Petitioner** | : | |
| | : | |
| v. | : | **5:04-CV-160 (WDO)** |
| | : | **5:01-CR-18 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## ORDER

Petitioner's motion to reconsider the denial of his habeas petition is DENIED because Petitioner failed to present any legal or factual basis for the relief requested.

**SO ORDERED this 22nd day of November, 2005.**

　　　　S/Wilbur D. Owens, Jr.
　　　　**WILBUR D. OWENS, JR.**
　　　　**UNITED STATES DISTRICT JUDGE**