IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:01-CR-18 (MTT) |
| | ) | |
| GLEN SPEARING MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER

Federal prisoner Glen Spearing Matthews, proceeding pro se, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Doc. 273.  For Matthews to succeed, the Court must find that an "extraordinary and compelling" reason warranting a sentence reduction is present.  18 U.S.C. § 3582(c)(1)(A).  Only four circumstances qualify as extraordinary and compelling reasons as defined by the applicable policy statement.  *United States v. Bryant*, 996 F.3d 1243, 1247 (11th Cir. 2021); U.S.S.G. § 1B1.13.  One of these circumstances is if the prisoner is 65 years old, is experiencing a serious deterioration in physical or mental health because of the aging process, and has served 10 years or 75 percent of his or her term of imprisonment, whichever is less.  § 1B1.13 cmt. n.1(B).

Matthews, who is currently scheduled to be released from prison in 2063 when he is 105 years old, has served well over 10 years of his 840-month sentence and will turn 65 on October 31, 2022.  Doc. 273-2; Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited July 7, 2022).  Matthews also arguably is experiencing a serious physical deterioration because of the aging process; he has been diagnosed with hypertension, obesity, and Type II Diabetes.  Doc. 273-2 at 2-10.

-2-

Because it appears that Matthews could soon qualify for compassionate release, the Government is **ORDERED** to respond to Matthews's motion (Doc. 273) **by September 6, 2022**.  The Government's response shall discuss whether Matthews's circumstances qualify as an extraordinary and compelling reason warranting a sentence reduction and whether the sentencing factors found at 18 U.S.C. § 3553(a) weigh in his favor.

**SO ORDERED**, this 8th day of July, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
